

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-07-00131-CR
_____

JEREMY JEMERE BELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd Judicial District Court
Red River County, Texas
Trial Court No. CR00401

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jeremy Jemere Bell, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Bell's counsel. Attached to the motion is "Appellant's Directive to Appellate Counsel," stating Bell has instructed his counsel to file a motion to dismiss the appeal. This document is signed by Bell and notarized. As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted; January 2, 2008
Date Decided: January 3, 2008

Do Not Publish